﻿Citation Nr: 19159011
Decision Date: 07/30/19 Archive Date: 07/30/19

DOCKET NO. 17-17 112A
DATE: July 30, 2019

ORDER

Entitlement to payment or reimbursement of the cost of medical services received on March 29, 2014 at St. Peters Health Regional Medical Center (SPHRMC) in Helena, Montana is dismissed.

FINDING OF FACT

The Veteran’s death certificate shows that he died in July 2019 during the pendency of this appeal.

CONCLUSION OF LAW

Due to the death of the Veteran, the Board has no jurisdiction to adjudicate the merits of this appeal at this time. 38 U.S.C. § 7104(a); 38 C.F.R. § 20.1302.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from January 1977 to January 1980. He died in July 2019.

This matter is on appeal before the Board of Veterans Appeals (Board) from September 2015 decisions of the Department of Veterans Affairs (VA) Network Authorization and Payment Center in Fort Harrison, Montana. 

Entitlement to payment or reimbursement of the cost of medical services received at St. Peters Health Regional Medical Center (SPHRMC) in Helena, Montana. 

Unfortunately, the Veteran died during the pendency of the appeal. As a matter of law, veterans’ claims do not survive their deaths and the appeal must be dismissed for lack of jurisdiction. 38 U.S.C. § 7104(a); 38 C.F.R. § 20.1302; Zevalkink v. Brown, 102 F.3d 1236, 1243-44 (Fed. Cir. 1996); Landicho v. Brown, 7 Vet. App. 42, 53-54 (1994).

In reaching this determination, the Board intimates no opinion as to the merits of this appeal or to any derivative claim brought by a survivor of the Veteran. 38 C.F.R. § 20.1106.

(Continued on the next page)

 

The Board’s dismissal of this appeal does not affect the right of an eligible person to file a request to be substituted as the appellant for purposes of processing the claim to completion. Such request must be filed not later than one year after the date of the Veteran’s death. See 38 U.S.C. § 5121A; 38 C.F.R. § 3.1010(b). A person eligible for substitution includes “a living person who would be eligible to receive accrued benefits due to the claimant under section 5121(a) of this title....” 38 U.S.C. § 5121A; see 38 C.F.R. § 3.1010(a). An eligible party seeking substitution in an appeal that has been dismissed by the Board due to the death of the claimant should file a request for substitution with the VA office from which the claim originated. 38 C.F.R. § 3.1010(b).

 

S. HENEKS

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD Dan Brook, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.